UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES SCOTT,

    Plaintiff,

Case No. 14-12123

Honorable John Corbett O'Meara

v.

CHERYL GROVES, *et. al.*,

    Defendants.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE STAFFORD'S
### JUNE 11, 2015 REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge Elizabeth A. Stafford's June 11, 2015 report and recommendation. Plaintiff James Scott filed objections June 26, 2015.

After conducting a *de novo* review, the court finds that although the caption misstates the name of the presiding judicial officer and the name of the lead defendant, it accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Stafford's June 11, 2015 report and recommendation is **ADOPTED.**

It is further **ORDERED** that defendants Cheryl Groves, Gayle Leach and Randal Haas' motion for summary judgment is motion is **GRANTED**.

It is further **ORDERED** that defendants Ken Ryan and Corby DeForest's motion for summary judgment is **GRANTED.**

It is further **ORDERED** that defendant Raymond Booker is **DISMISSED.**

                                              s/John Corbett O'Meara
                                              United States District Judge

Date:  August 4, 2015

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 4, 2015, using the ECF system and/or ordinary mail.

                                  s/William Barkholz
                                  Case Manager